UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| BILLY M. FREE | * | CASE NO. 20-31626-WRS |
| Debtor. | * | |

**OBJECTION TO CONFIRMATION**

Now comes Creditor, GULFCO OF ALABAMA, LLC d/b/a TOWER LOAN OF MONTGOMERY by and through its attorneys, Kent McPhail & Associates, LLC, and objects to confirmation of the Debtor's proposed plan and in support thereof states as follows:

1. Creditor is a secured creditor in the above referenced Chapter 13 proceeding. The Debtor gave Creditor a security interest in personal property on 5/5/2020.

2. Creditor objects to Debtor's plan to the extent that the plan does not provide for this debt.

3. Considering the factors set forth in <u>Kitchens v. Georgia Railroad Bank & Trust</u>, 702 Fed. 2d 885 (11th Circuit 1983) and considering the totality of the circumstances, Creditor asserts that the debtor's plan is neither filed nor proposed in good faith and violates 11 U.S.C. Section 1325(a)(3) as well as the purpose and spirit of the Bankruptcy Code.

WHEREFORE, Creditor prays for an Order denying confirmation along with such further relief as the Court may deem proper.

/s/ KENT D. MCPHAIL
KENT D. MCPHAIL

Of Counsel:
Kent McPhail & Associates, LLC

P.O. Box 870
Mobile, AL 36601
(251) 438-2333
kent@kmcphail.law

CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing Objection to Confirmation was served this 22nd day of September 2020, to the parties listed below by the service method indicated:

U.S. MAIL FIRST CLASS POSTAGE PREPAID
BILLY M. FREE
3019 PINEHURST DR
MONTGOMERY AL 36111

ECF FILING NOTIFICATION
MICHAEL BROCK
ATTORNEY FOR DEBTOR
bankruptcy@brockandstoutlaw.com

ECF FILING NOTIFICATION
SABRINA L. MCKINNEY
TRUSTEE
Trustees_office@ch13mdal.com

ECF FILING NOTIFICATION
BANKRUPTCY ADMINISTRATOR
ba@almb.uscourts.gov

                                            /s/ KENT D. MCPHAIL
                                            KENT D. MCPHAIL