| | |
|---|---|
| IN RE:<br><br>BILLY M FREE<br><br><br><br><br>Debtor(s) | Case No. 20-31626-WRS<br>Chapter 13 |

### TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s)' plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on July 22, 2020.

2. The debtor(s) §341 Meeting of Creditors was held August 31, 2020.

3. The debtor(s) overall pay record is 0%.

(X) The debtor(s) failed to commence plan payment as required by 11 U.S.C. § 1326.

(X) Debtor's plan makes provisions for a secured government claim under Section 5.1. However, pursuant to Rule 3012(c), Federal Rules of Bankruptcy Procedure, any valuation of a secured government claim must be done by either separate motion or by an objection to claim; valuation of such claims cannot be done through the plan.

(X) The debtor(s) was/were to amend Schedule I to list their current employer and income.

(X) Debtor's plan fails to make provisions for Brombergs (Court Claim #11), Tower Loan (Court Claim #13), and the Internal Revenue Service (Court Claim 2).

(X) Debtor testified at the meeting of creditors that his income was not enough to make his house payment and his plan payment. The Trustee contends that Debtor does not have sufficient income to fund the plan.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s)' plan and requests that either confirmation be denied and case be dismissed, or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this November 12, 2020.

Sabrina L. McKinney
Chapter 13 Standing Trustee

By: /s/*Jessica P. Trotman*
Jessica P. Trotman
Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: trotmanj@ch13mdal.org

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this November 12, 2020.

/s/*Jessica P. Trotman*
Jessica P. Trotman
Staff Attorney

Copy to: BILLY M FREE
3019 PINEHURST DR
MONTGOMERY, AL 36111

MICHAEL BROCK (via electronic filing)